GUSTAV DANHOFF, *Respondent, v.* WILLIAM H. BURBANK, *Appellant.* — Judgment of county court affirmed, with costs. Opinion by DYKMAN, J.

C. COLES DUSENBURY, *Respondent, v.* MUTUAL UNION TELEGRAPH COMPANY, *Appellant.* — Judgment affirmed, with costs. Opinion by PRATT, J.; DYKMAN, J., not sitting.

CHARLES STEWART and others, *Respondents, v.* WILLIAM D. MARVEL, *Appellant.* — Judgment as modified reversed and new trial granted, costs to abide event. — Order of reference vacated. Opinion by BARNARD, P. J.

SAMUEL F. COWDREY and another, *Appellants, v.* JEREMIAH O'CONNELL and another, *Respondents.* — Judgment affirmed, with costs. Opinion by BARNARD, P. J.; PRATT, J., not sitting.

PATRICK F. DUFFY, *Respondent, v.* THE NEW YORK AND MANHATTAN BEACH RAILWAY COMPANY, *Appellant.* — Judgment and order denying new trial reversed, and new trial granted, costs to abide event. Opinion by BARNARD, P. J.; PRATT, J., not sitting.

ROSANNA C. McGUIRE, *Respondent, v.* PHILIP O'BRIEN, *Appellant.* — Judgment and order denying new trial affirmed, with costs. Opinion by DYKMAN, J.; PRATT, J., not sitting.

THE PEOPLE OF THE STATE OF NEW YORK *ex rel.* AMELIA M. ROBINSON, *Respondent, v.* MICHAEL O'KEEFE, *Appellant.* — Judgment reversed and writ dismissed, with costs. Opinion by PRATT, J.

WILLIAM BARNETT, *Appellant, v.* J. MONROE TAYLOR, *Respondent.* — Judgment affirmed, with costs. Opinion by PRATT, J.

WILLIAM CONSELYEA, *Appellant, v.* DUDLEY BLANCHARD and JOHN H. O'ROURKE, *Respondent, Impleaded, etc.* — Judgment appealed from by plaintiff reversed and new trial granted, costs to abide event. Opinion by BARNARD, P. J.

WILLIAM CONSELYEA, *Appellant, v.* DUDLEY BLANCHARD and JOHN H. O'ROURKE, *Respondents.* GEORGE F. DREW and CHARLES L. BUCKI, *Appellants, Impleaded, etc.* — Judgment appealed from by defendants Bucki and Drew reversed and new trial granted, costs to abide event. Opinion by BARNARD, P. J.

WILLIAM B. DITMARS, *Respondent, v.* ABRAHAM M. LEVY, *Appellant, Impleaded, etc.* — Judgment and order denying new trial and order of 2d of March, 1883, discontinuing action as to same defendants affirmed, with costs. Opinion by PRATT, J.

THOMAS MALONEY, *Appellant, v.* THE BROOKLYN CITY RAILROAD COMPANY, *Respondent.* — Judgment affirmed, with costs. Opinion by PRATT, J.

GEORGE E. APSLEY, *Appellant, v.* JOHN WOOD, *Respondent.* — Motion to dismiss appeal granted, with costs of motion; order setting aside judgment modified by making it optional with plaintiff to refer or not and as so modified affirmed, with costs and disbursements. Opinion by BARNARD, P. J.